People v Shilman (2025 NY Slip Op 05650)

People v Shilman

2025 NY Slip Op 05650

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Webber, J.P., Kennedy, Mendez, Rodriguez, Higgitt, JJ. 

Ind. No. 72654/22|Appeal No. 4954|Case No. 2022-04342|

[*1]The People of the State of New York, Respondent,
v
Vadim Shilman, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Matthew Bova of counsel), for appellant.
Darcel D. Clark, District Attorney (Emily Anne Aldridge of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered September 15, 2022, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a prison term of 5½ to be followed by 5 years of post-release supervision, unanimously affirmed.
Defendant validly waived his right to appeal (see People v Thomas, 34 NY3d 545, 559 [2019], cert denied 589 US &mdash, 140 S Ct 2634 [2020]), foreclosing review of his excessive sentence claim and his Second Amendment challenge to his sentence (see People v Kamara, 234 AD3d 496, 496 [1st Dept 2025], lv denied 43 NY3d 945). As an alternative holding regarding his excessive sentence claim, we perceive no basis for reducing the sentence.
Defendant failed to preserve his Second Amendment claim (see People v Cabrera, 41 NY3d 35, 42-51 [2023]; Kamara, 234 AD3d at 496), and we decline to consider it in the interest of justice.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 14, 2025